**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**UNITED STATES OF AMERICA**

       - against -                                   18cr737 (JGK)

**KAM WONG,**                                                        <u>ORDER</u>

                    Defendant.
————————————————————————

**JOHN G. KOELTL, District Judge:**

    The defendant should respond to the Government's motion to enter an amended Order of Forfeiture to correct a clerical mistake by May 28, 2020. The Government may reply by June 1, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
            May 21, 2020                          /s/ John G. Koeltl
                                                       John G. Koeltl
                                                **United States District Judge**