# JONATHAN SAVELLA

ATTORNEY AT LAW
40 Exchange Place, Ste. 1800
New York, NY 10005

646-801-2184     jon@jonathansavella.com

May 22, 2023

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
5/23/23

Re:   *United States v. Kam Wong*, 18-cr-737

Dear Judge Koeltl:

I write on behalf of Kam Wong to request a second adjournment of the deadline for objections to the writs of garnishment issued on March 3, 2023 against Mr. Wong's interest in a pension plan sponsored by his former employer, Municipal Credit Union ("MCU").

AUSA Melissa Childs informs the undersigned that MCU's counsel is in the process of gathering the documents necessary to ascertain Mr. Wong's pension benefit. Once that process is complete, MCU's counsel will provide the relevant documents to the government, which will, in turn, share them with the defense.

As of last Friday (May 19), Ms. Childs was unable to predict when the documents would become available. With that in mind, Mr. Wong respectfully requests that the deadline for the parties' objections be adjourned to June 23, 2023.

Respectfully,

Jonathan Savella

cc:   all counsel (by ECF)