**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**UNITED STATES OF AMERICA**                                  18-cr-737 (JGK)

                                                              ORDER
      - against –

**KAM WONG,**

                   **Defendant.**
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the Government's unsealing request. ECF No. 106. Before the unsealing of any documents in this case, the Government should assure the Court that it has redacted any personal identifying information and any other information that is required to be redacted. See Fed. R. Crim. Pro. 49.1. The Government should consult with defense counsel regarding the scope of the redactions and prepare appropriately redacted documents. By **Friday, September 1, 2023,** the Government should submit those redacted documents to the Court, along with a revised proposed unsealing order reflecting that the documents are to be unsealed with limited redactions.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 23, 2023**                    /s/ John G. Koeltl
                                                          **John G. Koeltl**
                                             **United States District Judge**