UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        - against -                18-cr-737 (JGK)

KAM WONG,                      ORDER

                  Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide the Court with a status update regarding the writs of garnishment by **October 11, 2023.**

SO ORDERED.

Dated:    New York, New York
           September 20, 2023

                              John G. Koeltl
                    United States District Judge