UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -　　　　　　　　　　　　18-cr-737 (JGK)

KAM WONG,　　　　　　　　　　　　　　　ORDER

           Defendant.

---

JOHN G. KOELTL, District Judge:

    The Government should promptly provide the Court with a proposed final order of garnishment, to which the defendant has imposed no objection. See ECF No. 125. The time for the defendant to respond to the remaining motions is extended to **November 17, 2023**. The Government may reply by **November 27, 2023**.

SO ORDERED.

Dated:　　New York, New York
　　　　　October 30, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　　United States District Judge