UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

      - against -                          18-cr-737 (JGK)

KAM WONG,                                      ORDER

              Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument on all open motions on **February 6, 2024, at 2:30 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
            January 22, 2024

                                        John G. Koeltl
                                United States District Judge