```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                      18-cr-737 (JGK)

**KAM WONG,**                                      <u>ORDER</u>

               **Defendant.**

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The Government should respond to the objections to its proposed order by **March 12, 2024.**

**SO ORDERED.**

**Dated:**    **New York, New York**      /s/ John G. Koeltl
             **March 6, 2024**
                                               **John G. Koeltl**
                                         **United States District Judge**