UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

KAM WONG,

Defendant.

18-cr-737 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant raises two objections to the Government's proposed order of modification to payment schedule. The objections are overruled.

First, the defendant argues that the defendant's restitution payment obligation should be limited to the term of his supervised release. But the defendant's obligation to pay restitution is not limited to the term of his supervised release. Rather, the defendant's liability for restitution continues until "the later of 20 years from the entry of judgment or 20 years after the release from imprisonment" of the defendant. 18 U.S.C. § 3613(b); see also United States v. Kinlock, 174 F.3d 297, 298 n.1 (2d Cir. 1999) ("[U]nder the MVRA an order of restitution is considered a lien in favor of the United States which arises on entry of the judgment and continues for twenty years or until it is satisfied, remitted, set aside, or terminated.").

Second, the defendant urges that the proposed order may be misleading as to how the amount of the 25% garnishment is calculated. The Government resolves that issue by making it clear in its revised proposed order that the pension distribution is to be 75% of the amount of the net monthly pension benefit after garnishment of 25% from the Plan.

SO ORDERED.

Dated:  New York, New York
        November 22, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge

2